ORDERED in the Southern District of Florida on ___DEC 2 0 2010___

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                         CASE NO.:08-15917-BKC-EPK

PHOENIX DIVERSIFIED INVESTMENT                 CHAPTER 7
CORP

    Debtor(s).
_____/

KENNETH WELT, Trustee
                                               ADV. NO.:10-3047-BKC-EPK-A
    Plaintiff(s),

v.

RYAN GUTZEIT,

    Defendant(s).
_____/

### ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED

**THIS MATTER** came before the Court on upon the Trustee's Motion for Approval

of Compromise and Settlement with Ryan Gutzeit [DE-830] filed September 16, 2010 and the Order Granting Trustee's Motion (DE-895] entered October 14, 2010 in the main bankruptcy case. Therefore, with the Court being otherwise fully advised in the premises and for reasons stated on the record, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The above-referenced Adversary Proceeding is **DISMISSED AS SETTLED**.

2. The Court retains jurisdiction for the sole purpose of enforcing the agreement of the parties.

###

Copies Furnished To:

Richard Lubliner, Esq.

*Aty Richard Lubliner is directed to serve a copy of this order on all interested parties and file certificate of service with the Court.*